

# Fourth Court of Appeals
## San Antonio, Texas

December 6, 2018

No. 04-18-00860-CR

Ex parte Donald Curtis **BRASSFIELD**,
Appellant

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 14-1899-CR-A
Honorable Jessica Crawford, Judge Presiding

# O R D E R

On October 17, 2018, Appellant Donald Curtis Brassfield filed his notice of appeal in the trial court, stating his intent to appeal from the trial court's October 10, 2018 order denying relief on his application for writ of habeas corpus pursuant to article 11.072 of the Texas Code of Criminal Procedure. On November 14, 2018, appellant's notice of appeal was filed with this Court, and the Clerk of this Court determined the reporter's record had been due on November 1, 2018. The Clerk of this Court sent the court reporter a letter informing her that the reporter's record was late. On November 19, 2018, the court reporter, Lori Schmid, filed a notification of late reporter's record, stating that she had not received a designation of record in order to know what record to prepare and she had not been paid for preparation of the record. Therefore, on November 21, 2018, we ordered appellant to file written proof to this Court on or before December 3, 2018 that he had filed a designation of record with court reporter Lori Schmid. *See* TEX. R. APP. P. 34.6(b)(1)-(2). We further ordered appellant to provide written proof to this Court on or before December 3, 2018 that either (1) the reporter's fee had been paid or arrangements had been made to pay the reporter's fee; or (2) appellant was entitled to appeal without paying the reporter's fee. *See* TEX. R. APP. P. 37.3(c). We explained that if appellant failed to file written proof within the time provided, appellant's brief would be due within thirty days and we would only consider those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See id.*

To date, appellant has not filed written proof in this Court as ordered. Further, on December 5, 2018, court reporter Lori Schmid filed a notification of late record, stating that she had not been contacted about the record in this matter and had not been paid. Schmid's notification of late record is NOTED. Therefore, pursuant to our order of November 21, 2018, appellant's brief is due December 21, 2018.

_____

Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of December, 2018.



_____

Keith E. Hottle
Clerk of Court